UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CRUZ TRUJILLO,<br><br>    Plaintiff,<br><br>v.<br><br>S. SAVOIE,<br><br>    Defendant. | Case No. 1:18-cv-00990-EPG (PC)<br><br>ORDER FOR PARTIES TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE CONSOLIDATED WITH <u>CRUZ V. SAVIOE</u>, E.D. CA, CASE NO. 1:17-CV-01474<br><br>TWENTY-ONE DAY DEADLINE |

Guillermo Trujillo ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

The Court has reviewed the complaint in this case, as well as the complaints in <u>Cruz v. Savioe</u>[1]("<u>Cruz</u>") E.D. CA, Case No. 1:17-cv-01474. The complaints appear to be based on similar (if not identical) factual allegations. As Defendant has appeared in this case, and as the complaints in <u>Cruz</u> have already been screened, in the interest of judicial economy and in order to avoid unnecessary costs and delays, it appears that these actions should be consolidated pursuant to Federal Rule of Civil Procedure 42(a)(2).

Accordingly, it is HEREBY ORDERED that within **twenty-one (21) days** from the date

---
[1] While the name is spelled slightly differently, it appears that Plaintiff is referring to the same defendant in both cases.

1

of service of this order, if a party opposes consolidation, that party shall show cause why this action should not be consolidated with Cruz.

IT IS SO ORDERED.

Dated: **August 3, 2018**  /s/ Eric P. Grojean
UNITED STATES MAGISTRATE JUDGE